**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Leslie Keith BLOXOM, Defendant-Appellant**

**No. 17-30365
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed January 24, 2018

Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff-Appellee

Leslie Keith Bloxom, Pro Se

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Leslie Keith Bloxom has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bloxom has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record, however, shows that the amended judgment incorrectly states that Bloxom was sentenced under the Armed Career Criminal Act, 18 U.S.C. § 924(e), and that the district court did not enter an amended written statement of reasons. We therefore REMAND to the district court for correction of these clerical errors. *See* FED. R. CRIM. P. 36.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.